UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT

AUG 19 2022

DEPUTY CLERK

Felix Brizuela
1103 Redoak Drive
Harrison City, PA 15136

(Enter above the full name of
plaintiff in this action)

v.

Dr. Mark Johnson, M.D.
1010 Mon Health Medical
Park Dr # 1103
Morgantown W.V. 26505

(Enter above the full name of
the defendant(s) in this action)

**1: CV22-1304**

CIVIL CASE NO: _____

(to be supplied by Clerk
of the District Court)

## COMPLAINT

1. The plaintiff _____Felix Brizuela_____ a citizen of

the County of _____Westmoreland_____ State of

Pennsylvania, residing at _1103 Redoak Drive, Harrison City, PA 15136_

wishes to file a complaint under _____Title VI_____

(give Title No. etc.)

_____

2. The defendant is _____Dr. Mark Johnson M.D_____

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _See attached_

3. (CONTINUED) _See Attached_

4. WHEREFORE, plaintiff prays that _____

_____
(Signature of Plaintiff)
724-205-4308

U.S. POSTAGE PAID
FCM LG ENV
HARRISON CITY, PA
15636
AUG 16, 22
AMOUNT
**$6.16**
R2304E107343-8
17701

1000

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 0410 0000 5165 7417

FROM:
Felix Brizuela
1103 Redrock Drive
Harrison City, PA 15636

TO:
U.S. District Court
Middle District APT
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT
AUG 19 2022
PER _____ DEPUTY CLERK

Ready Post

Utility Mailer
10 1/2" x 16"